IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:   Patrick G. Scullion | : | Case No.  18-18200-elf |
| | : | Chapter 7 |
| | | |
| Patrick G. Scullion | : | Hearing Date: March 27, 2019 |
| Movants | : | Hearing Time: 10:00 AM |
| | : | |
| and | : | US Bankruptcy Court |
| | : | Robert Nix Building |
| Robert H. Holber | : | 900 Market Street, Suite 400 |
| Trustee | : | Philadelphia, PA  19107 |
| | : | Courtroom # 1 |

**CERTIFICATION OF NO RESPONSE**

I, John M. Kenney, Esquire, attorney for Debtor, Patrick G. Scullion, hereby certify that as of this 27th day of March 2019, there has been no response or answer regarding the Motion To Reinstate Case dated and served March 6, 2019.  It is respectfully requested that the attached proposed Order of Court be presented to the Honorable Eric L. Frank as UNCONTESTED.

I certify under penalty that the foregoing is true and correct.

Date: March 27, 2019          s/ John M. Kenney_____
**John M. Kenney, Esquire**
308 N. Oxford Valley Road
Fairless Hills, PA  19030
(215)547-3031