**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Chapter 7 |
| PATRICK G. SCULLION, | : | |
| Debtor | : | Bky. No.   18-18200 ELF |

**O R D E R**

    **AND NOW,** upon consideration of the Debtor's Motion Requesting that the Court Vacate the Prior Order Dismissing the Bankruptcy Case, and after notice and hearing, and there being no objection thereto,

    It is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The court's Order dated **January 15, 2019 (Doc. # 22)** dismissing this bankruptcy case is **VACATED** and the above captioned bankruptcy case is **REINSTATED** effective upon the entry of this Order.

**Date: March 27, 2019**

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**