United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                          Case No. 18-18200-elf
Patrick G. Scullion                                                             Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: JEGilmore          Page 1 of 2          Date Rcvd: Mar 27, 2019
                              Form ID: pdf900          Total Noticed: 34

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 29, 2019.
```
db          #+Patrick G. Scullion,   292 Indian Creek Drive,   Levittown, PA 19057-2702
14245417     Apex Asset Management Llc,   Po Box 5407,   Lancaster, PA 17606-5407
14245419    ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
             (address filed with court: Bankamerica,   Po Box 982238,   El Paso, TX 79998)
14245420    +Barclays Bank Delaware,   Po Box 8803,   Wilmington, DE 19899-8803
14245422    ++CITIBANK,   PO BOX 790034,   ST LOUIS MO 63179-0034
             (address filed with court: Cbna,   50 Northwest Point Road,   Elk Grove Village, IL 60007)
14245424    +Chase Card,   Po Box 15298,   Wilmington, DE 19850-5298
14245425     Children's Specialized Hospital,   PO Box 48066,   Newark, NJ 07101-4866
14245427    +Credit First N A,   6275 Eastland Rd,   Brookpark, OH 44142-1399
14245429    +Exceptional Medical Transportation,   PO Box 19,   West Berlin, NJ 08091-0019
14245430     Financial Recoveries,   PO Box 1388,   Mt. Laurel, NJ 08054-7388
14248119    +Freedom Mortgage Corp.,   c/o Kevin G. McDonald, Esquire,   701 Market Street, Suite 5000,
               Philadelphia, PA 19106-1541
14245431    +Jefferson Health,   P.O. Box 88,   Philadelphia, PA 19105-0088
14245432     Langhorne Physicians Services,   Attn #19113C,   PO BOX 14000,   Belfast, ME 04915-4033
14245434     Physician Billing - PB CHOP,   PO Box 788017,   Philadelphia, PA 19178-8017
14245435     Princeton Healthcare System,   Lockbox 9226,   PO Box 789226,   Philadelphia, PA 19178-9226
14245437     Recon Ortho Assoc II PC,   PO Box 757910,   Philadelphia, PA 19175-7910
14245438     Rothman Orthopaedic Specialty Hospital,   3300 Tillman Drive,   Bensalem, PA 19020-2071
14245439    +Santander Consumer USA,   P.O. Box 961245,   Ft. Worth, TX 76161-0244
14245444    +United Anes Serv PC,   PO Box 828962,   Philadelphia, PA 19182-8962
14245445     Usaa Savings Bank,   Po Box 47504,   San Antonio, TX 78265
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: megan.harper@phila.gov Mar 28 2019 02:48:08    City of Philadelphia,
             City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
             Philadelphia, PA  19102-1595
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 28 2019 02:47:44
             Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
             Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 28 2019 02:47:56    U.S. Attorney Office,
             c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
14245418    +E-mail/Text: bnc-aquafinance@quantum3group.com Mar 28 2019 02:48:12    Aqua Finance Inc,
             1 Corporate Dr,   Wausau, WI 54401-1724
14245421     E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 28 2019 02:49:20
             Capital One Bank Usa N,   15000 Capital One Dr,   Richmond, VA 23238
14245423     E-mail/Text: bankruptcy_notifications@ccsusa.com Mar 28 2019 02:48:15    CCS,
             Payment Processing Center,   PO Box 55126,   Boston, MA 02205-5126
14245426    +E-mail/Text: Harris@ebn.phinsolutions.com Mar 28 2019 02:48:25    Childrens Hospital of Phila,
             c/o Harris and Harris Ltd,   P.O. Box 5462,   Chicago, IL 60680-5462
14245428    +E-mail/Text: mrdiscen@discover.com Mar 28 2019 02:47:25    Discover Fin Svcs Llc,
             Po Box 15316,   Wilmington, DE 19850-5316
14245433    +E-mail/Text: blegal@phfa.org Mar 28 2019 02:47:49    Pa Housing Finance Age,   211 N Front St,
             Harrisburg, PA 17101-1406
14245436     E-mail/Text: BankruptcyMail@questdiagnostics.com Mar 28 2019 02:48:16    Quest Diagnostics,
             PO Box 740781,   Cincinnati, OH 45274-0781
14245440    +E-mail/Text: bankruptcy@swmc.com Mar 28 2019 02:47:51    Sun West Mortgage Co I,
             18303 Gridley Rd,   Cerritos, CA 90703-5400
14245441    +E-mail/PDF: gecsedi@recoverycorp.com Mar 28 2019 02:49:31    Syncb/gapdc,   Po Box 965005,
             Orlando, FL 32896-5005
14245442    +E-mail/PDF: gecsedi@recoverycorp.com Mar 28 2019 02:49:30    Syncb/toysrus,   Po Box 965005,
             Orlando, FL 32896-5005
14245443     E-mail/Text: bankruptcy@td.com Mar 28 2019 02:47:49    Td Bank N.a.,   70 Gray Rd,
             Portland, ME 04105
                                                                                              TOTAL: 14
```

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

```
District/off: 0313-2          User: JEGilmore              Page 2 of 2                  Date Rcvd: Mar 27, 2019
                              Form ID: pdf900              Total Noticed: 34
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 29, 2019                                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 27, 2019 at the address(es) listed below:
              JOHN M. KENNEY    on behalf of Debtor Patrick G. Scullion jken330@comcast.net,
               Kathy@jkenneylaw.com
              KEVIN G. MCDONALD    on behalf of Creditor    FREEDOM MORTGAGE CORPORATION bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    FREEDOM MORTGAGE CORPORATION bkgroup@kmllawgroup.com
              ROBERT H. HOLBER    trustee@holber.com,   rholber@ecf.axosfs.com
              ROBERT H. HOLBER    on behalf of Trustee ROBERT H. HOLBER trustee@holber.com,
               rholber@ecf.axosfs.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                           TOTAL: 6
```

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Chapter 7 |
| PATRICK G. SCULLION, | : | |
| Debtor | : | Bky. No.   18-18200 ELF |

# O R D E R

**AND NOW,** upon consideration of the Debtor's Motion Requesting that the Court Vacate the Prior Order Dismissing the Bankruptcy Case, and after notice and hearing, and there being no objection thereto,

It is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The court's Order dated **January 15, 2019 (Doc. # 22)** dismissing this bankruptcy case is **VACATED** and the above captioned bankruptcy case is **REINSTATED** effective upon the entry of this Order.

**Date: March 27, 2019**

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**