United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 18-18200-elf
Patrick G. Scullion                                                       Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Lisa                  Page 1 of 2                    Date Rcvd: Mar 29, 2019
                              Form ID: 309A               Total Noticed: 36

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 31, 2019.
```
db              #+Patrick G. Scullion,    292 Indian Creek Drive,    Levittown, PA 19057-2702
14245417         Apex Asset Management Llc,    Po Box 5407,    Lancaster, PA 17606-5407
14245422        ++CITIBANK,   PO BOX 790034,    ST LOUIS MO 63179-0034
                 (address filed with court: Cbna,    50 Northwest Point Road,    Elk Grove Village, IL 60007)
14245425         Children's Specialized Hospital,    PO Box 48066,    Newark, NJ 07101-4866
14245429        +Exceptional Medical Transportation,    PO Box 19,    West Berlin, NJ 08091-0019
14245430         Financial Recoveries,    PO Box 1388,    Mt. Laurel, NJ 08054-7388
14245431        +Jefferson Health,    P.O. Box 88,    Philadelphia, PA 19105-0088
14245432         Langhorne Physicians Services,    Attn #19113C,    PO BOX 14000,    Belfast, ME 04915-4033
14245434         Physician Billing - PB CHOP,    PO Box 788017,    Philadelphia, PA 19178-8017
14245435         Princeton Healthcare System,    Lockbox 9226,    PO Box 789226,    Philadelphia, PA 19178-9226
14245437         Recon Ortho Assoc II PC,    PO Box 757910,    Philadelphia, PA 19175-7910
14245438         Rothman Orthopaedic Specialty Hospital,    3300 Tillman Drive,    Bensalem, PA 19020-2071
14245444        +United Anes Serv PC,    PO Box 828962,    Philadelphia, PA 19182-8962
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty              E-mail/Text: jken330@comcast.net Mar 30 2019 02:37:27     JOHN M. KENNEY,    John M. Kenney P.C.,
                 308 North Oxford Valley Road,    Fairless Hills, PA 19030
tr              +EDI: QRHHOLBER.COM Mar 30 2019 06:33:00      ROBERT H. HOLBER,    Robert H. Holber PC,
                 41 East Front Street,    Media, PA 19063-2911
smg              E-mail/Text: megan.harper@phila.gov Mar 30 2019 02:38:25     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 30 2019 02:37:56
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 30 2019 02:38:15      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
ust             +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Mar 30 2019 02:38:05      United States Trustee,
                 Office of the U.S. Trustee,    833 Chestnut Street,    Suite 500,    Philadelphia, PA 19107-4405
14245418        +EDI: AQUAFINANCE.COM Mar 30 2019 06:33:00      Aqua Finance Inc,    1 Corporate Dr,
                 Wausau, WI 54401-1724
14245419         EDI: BANKAMER.COM Mar 30 2019 06:33:00      Bankamerica,    Po Box 982238,    El Paso, TX 79998
14245420        +EDI: TSYS2.COM Mar 30 2019 06:33:00      Barclays Bank Delaware,    Po Box 8803,
                 Wilmington, DE 19899-8803
14245421         EDI: CAPITALONE.COM Mar 30 2019 06:33:00      Capital One Bank Usa N,    15000 Capital One Dr,
                 Richmond, VA 23238
14245423         EDI: CCS.COM Mar 30 2019 06:33:00      CCS,    Payment Processing Center,    PO Box 55126,
                 Boston, MA 02205-5126
14245424        +EDI: CHASE.COM Mar 30 2019 06:33:00      Chase Card,    Po Box 15298,    Wilmington, DE 19850-5298
14245426        +EDI: PHINHARRIS Mar 30 2019 06:33:00      Childrens Hospital of Phila,
                 c/o Harris and Harris  Ltd,    P.O. Box 5462,    Chicago, IL 60680-5462
14245427        +EDI: CRFRSTNA.COM Mar 30 2019 06:33:00      Credit First N A,    6275 Eastland Rd,
                 Brookpark, OH 44142-1399
14245428        +EDI: DISCOVER.COM Mar 30 2019 06:33:00      Discover Fin Svcs Llc,    Po Box 15316,
                 Wilmington, DE 19850-5316
14245433        +E-mail/Text: blegal@phfa.org Mar 30 2019 02:38:07     Pa Housing Finance Age,    211 N Front St,
                 Harrisburg, PA 17101-1406
14245436         E-mail/Text: BankruptcyMail@questdiagnostics.com Mar 30 2019 02:38:40      Quest Diagnostics,
                 PO Box 740781,    Cincinnati, OH 45274-0781
14245439        +EDI: DRIV.COM Mar 30 2019 06:33:00      Santander Consumer USA,    P.O. Box 961245,
                 Ft. Worth, TX 76161-0244
14245440        +E-mail/Text: bankruptcy@swmc.com Mar 30 2019 02:38:09     Sun West Mortgage Co I,
                 18303 Gridley Rd,    Cerritos, CA 90703-5400
14245441        +EDI: RMSC.COM Mar 30 2019 06:33:00      Syncb/gapdc,    Po Box 965005,    Orlando, FL 32896-5005
14245442        +EDI: RMSC.COM Mar 30 2019 06:33:00      Syncb/toysrus,    Po Box 965005,    Orlando, FL 32896-5005
14245443         EDI: TDBANKNORTH.COM Mar 30 2019 06:33:00      Td Bank N.a.,    70 Gray Rd,    Portland, ME 04105
14245445         EDI: USAA.COM Mar 30 2019 06:33:00      Usaa Savings Bank,    Po Box 47504,
                 San Antonio, TX 78265
                                                                                               TOTAL: 23

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*            +ROBERT H. HOLBER,    Robert H. Holber PC,    41 East Front Street,    Media, PA 19063-2911
                                                                                              TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0313-2          User: Lisa                 Page 2 of 2              Date Rcvd: Mar 29, 2019
                              Form ID: 309A              Total Noticed: 36
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 31, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 29, 2019 at the address(es) listed below:

```
          JOHN M. KENNEY    on behalf of Debtor Patrick G. Scullion jken330@comcast.net,
           Kathy@jkenneylaw.com
          KEVIN G. MCDONALD    on behalf of Creditor    FREEDOM MORTGAGE CORPORATION bkgroup@kmllawgroup.com
          REBECCA ANN SOLARZ    on behalf of Creditor    FREEDOM MORTGAGE CORPORATION bkgroup@kmllawgroup.com
          ROBERT H. HOLBER     trustee@holber.com,   rholber@ecf.axosfs.com
          ROBERT H. HOLBER    on behalf of Trustee ROBERT H. HOLBER trustee@holber.com,
           rholber@ecf.axosfs.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 6
```

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Patrick G. Scullion** <br> First Name  Middle Name  Last Name | Social Security number or ITIN  **xxx–xx–0355** <br> EIN  \_ \_–\_ \_ \_ \_ \_ \_ \_ |
| Debtor 2 <br> (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN  \_ \_ \_ \_ <br> EIN  \_ \_–\_ \_ \_ \_ \_ \_ \_ |
| United States Bankruptcy Court  **Eastern District of Pennsylvania** <br> Case number:  **18–18200–elf** | | Date case filed for chapter  **7**  **12/13/18** |

Official Form 309A (For Individuals or Joint Debtors)
## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline   12/15
**\*\*Debtor's Photo ID & Social Security Card Must Be Presented at 341 Hearing\*\***

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Patrick G. Scullion | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 292 Indian Creek Drive <br> Levittown, PA 19057 | |
| 4. | **Debtor's attorney** <br> Name and address | JOHN M. KENNEY <br> John M. Kenney P.C. <br> 308 North Oxford Valley Road <br> Fairless Hills, PA 19030 | Contact phone (215) 547–3031 <br><br> Email:  jken330@comcast.net |
| 5. | **Bankruptcy trustee** <br> Name and address | ROBERT H. HOLBER <br> Robert H. Holber PC <br> 41 East Front Street <br> Media, PA 19063 | Contact phone (610) 565–5463 <br><br> Email:  trustee@holber.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**                                                        page **1**

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | 900 Market Street<br>Suite 400<br>Philadelphia, PA 19107 | Hours open:<br>Philadelphia Office –– 8:30 A.M. to 5:00 P.M Reading Office –– 8:00 A.M. to 4:30 P.M.<br><br>Contact phone (215)408–2800<br><br>Date: 3/29/19 |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **May 6, 2019 at 10:30 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**3 Municipal Way, Public Hall, Langhorne, PA 19047** |
| **8. Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | Insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 7/5/19** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |