United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Patrick G. Scullion
    Debtor

Case No. 18-18200-elf
Chapter 7

## CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: Virginia | Page 1 of 1 | Date Rcvd: Apr 22, 2019 |
|---|---|---|---|
| | Form ID: pdf900 | Total Noticed: 1 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 24, 2019.
db    #+Patrick G. Scullion,   292 Indian Creek Drive,   Levittown, PA 19057-2702

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.   TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 24, 2019                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 22, 2019 at the address(es) listed below:
      JOHN M. KENNEY   on behalf of Debtor Patrick G. Scullion jken330@comcast.net, Kathy@jkenneylaw.com
      KEVIN G. MCDONALD   on behalf of Creditor   FREEDOM MORTGAGE CORPORATION bkgroup@kmllawgroup.com
      REBECCA ANN SOLARZ   on behalf of Creditor   FREEDOM MORTGAGE CORPORATION bkgroup@kmllawgroup.com
      ROBERT H. HOLBER   trustee@holber.com,   rholber@ecf.axosfs.com
      ROBERT H. HOLBER   on behalf of Trustee ROBERT H. HOLBER trustee@holber.com, rholber@ecf.axosfs.com
      United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
      TOTAL: 6

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Patrick G. Scullion <br> _Debtor_ | CHAPTER 7 |
| FREEDOM MORTGAGE CORPORATION <br> _Secured Creditor_ <br> vs. | NO. 18-18200 ELF |
| Patrick G. Scullion <br> _Debtor_ | |
| Robert H. Holber Esq. <br> _Trustee_ | 11 U.S.C. Section 362 |

## STIPULATION

AND NOW, it is hereby stipulated and agreed by and between the undersigned as follows:

The Automatic Stay of all proceedings, as provided under Section 362 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. Section 362, is modified and annulled to allow FREEDOM MORTGAGE CORPORATION and its successor in title to proceed with receiving the post-sale distribution of funds from the Bucks County Sheriff's Office from the March 8, 2019 sale regarding the premises 292 Indian Creek Drive, Levittown, PA 19057.  The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

IT IS FURTHER STIPULATED AND VOLUNTARILY AGREED THAT:

1. The recitals are incorporated herein and made a part hereof;

2. 292 Indian Creek Drive, Levittown, PA 19057 (the "Property") went to Sheriff's Sale in Bucks County on March 8, 2019 pursuant to the foreclosure judgment held by Secured Creditor;

3. Debtor agrees that the March 8, 2019 sale is valid as the automatic stay was not in effect as it occurred during the time period that the instant bankruptcy action was dismissed;

4. Debtor agrees that the Bucks County Sheriff may now distribute any post-sale funds to Secured Creditor from the March 8, 2019 sale;

5. This Stipulation represents the totality of the agreement between the parties;

6. Any modifications, retractions or revisions must be in writing and signed by all parties;

7. The parties agree that a facsimile signature shall be considered an original signature.

Date: April 1, 2019 By: /s/ Rebecca A. Solarz, Esquire
Attorney for Movant

Date: April 17, 2019 /s/John M. Kenney, Esq.
John M. Kenney, Esquire
Attorney for Debtor

# O R D E R

Approved by the Court this 22nd day of April, 2019.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**