**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In Re: Patrick G. Scullion  : Chapter 7
 :
Debtor  : Case No: 18-18200-elf

## **PRAECIPE**

Kindly amend and correct the address of the above-referenced debtor as follows:

**Old Address:**
292 Indian Creek Drive
Levittown, PA 19057

**New Address:**
17 Kenwood Terrace
Hamilton, NJ 08610


Date: May 6, 2019

/s/ John M. Kenney_____
John M. Kenney, Esquire
308 N. Oxford Valley Road
Fairless Hills, PA 19030
(215) 547-3031
Attorney for Debtor