United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 18-18200-elf
Patrick G. Scullion                                                       Chapter 7
            Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: JEGilmore          Page 1 of 1              Date Rcvd: Aug 27, 2019
                             Form ID: 195             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 29, 2019.
db            +Patrick G. Scullion,    17 Kenwood Terrace,    Hamilton, NJ 08610-2504

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 29, 2019                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 27, 2019 at the address(es) listed below:
            JOHN M. KENNEY    on behalf of Debtor Patrick G. Scullion jken330@comcast.net,
             Kathy@jkenneylaw.com
            KEVIN G. MCDONALD    on behalf of Creditor   FREEDOM MORTGAGE CORPORATION bkgroup@kmllawgroup.com
            REBECCA ANN SOLARZ    on behalf of Creditor   FREEDOM MORTGAGE CORPORATION bkgroup@kmllawgroup.com
            ROBERT H. HOLBER    trustee@holber.com, rholber@ecf.axosfs.com
            ROBERT H. HOLBER    on behalf of Trustee ROBERT H. HOLBER trustee@holber.com,
             rholber@ecf.axosfs.com
            United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                            TOTAL: 6

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re:                                                                    : Chapter 7

Patrick G. Scullion                                              : Case No. 18–18200–elf
          Debtor(s)

## *ORDER*

_____

    AND NOW, this day , August 27, 2019 , it appearing that the trustee in the above

entitled matter has filed his report and that the trustee has performed all other duties required

in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and

the same hereby is, closed.

By The Court

Eric L. Frank
Judge , United States Bankruptcy Court

51
Form 195